

**NUMBER 13-10-00316-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**BLANCA SOTO,** **APPELLANT,**

**v.**

**THE UNIVERSITY OF TEXAS PAN AMERICAN,** **APPELLEE.**

---

**On Appeal from the 93rd District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Garza
Memorandum Opinion Per Curiam**

Appellant, Blanca Soto, perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas, in cause number C-1268-07-B. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
22nd day of July, 2010.